450-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
DS NORDEN A/S
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DS NORDEN A/S,                                    08 CV 7070 (PKC)
                          Plaintiff,
     -against-                                    **NOTICE OF**
                                                  **VOLUNTARY DISMISSAL**

OCEAN AND OIL LTD.,

                          Defendants.
------------------------------------------------------------x

    Defendant OCEAN AND OIL LTD. not having entered an appearance, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff DS NORDEN A/S provides its notice of voluntary discontinuance without prejudice of this action.


Dated: New York, New York
       August 13, 2008

                                            FREEHILL HOGAN & MAHAR, LLP
                                            Attorneys for Plaintiff
                                            DS NORDEN A/S

                    By:    _____
                                Michael E. Unger (MU0045)
                                80 Pine Street
                                New York, NY 10005
                                (212) 425-1900

NYDOCS1/310487.1